# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DELPHINE BRAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **8:05CV36** |
| | ) | |
| **DOUGLAS COUNTY, NEBRASKA,** | ) | **PROTECTIVE ORDER** |
| **and ROBERT HOUSTON,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

   **IT IS ORDERED** that the parties' stipulated motion for protective order (#37) is granted, as follows:

   1.   This Protective Order shall govern the disclosure of personnel files of Jodi Carver, a current employee of defendants, who is not a party to this action, and other nonparty defendant employees whether currently employed or not. Specifically, disclosure of all salary information, performance evaluations, supervisory reports, disciplinary reports, medical information, financial information and other documents relating to the job performance or other personnel matters of defendants' employees contained in defendants' personnel files and produced by defendants in this matter is limited to plaintiff's counsel, members of counsel's staff and the plaintiff. Third parties shall not be given copies of these documents or otherwise informed of their content.

   2.   All documents produced pursuant to this order shall be deemed confidential. Plaintiff shall not use the documents for any purposes other than this litigation and shall return to the defendant all such confidential information and copies thereof at the conclusion of this lawsuit.

   **DATED December 21, 2005.**

                                         **BY THE COURT:**

                                         **s/ F.A. Gossett**
                                         **United States Magistrate Judge**