## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DELPHINE BRAY,** | ) CASE NO. 8:05CV36 |
| **Plaintiff,** | ) |
| vs. | ) **ORDER** |
| **DOUGLAS COUNTY, NEBRASKA and ROBERT HOUSTON, Director of Douglas County Corrections,** | ) |
| **Defendants.** | ) |

THIS MATTER is before the court on plaintiff's Motion for Enlargement of Time (Filing No. 46) requesting an Order Altering Progression Order Dates by enlarging time to allow plaintiff to file Disclosure of Expert Witnesses designating plaintiff's treating physicians. For good cause shown, and upon the representation that there is no objection,

**IT IS ORDERED** that the Motion (Filing No. 46) is granted, and the Disclosure of Expert Witnesses designating treating physicians shall be filed by February 24, 2006.

**DATED February 21, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**